THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Ratcliff                        :    Case No. 2:18-cv-00745
                                      :    Judge: Algenon Marbley
           v.                         :    Corporate Disclosure Statement
                                      :
Mount Carmel Health System            :
                                      :

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant Mount Carmel Health System.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ___ YES    ✓ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   _____
   _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES    ✓ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   _____
   _____
   _____

/s/ M. J. Asensio                          August 1, 2018
Signature of Counsel                        Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiff's counsel.

I hereby certify that on August 1, 2018, a copy of the foregoing was served via U.S. mail postage prepaid on the following:

> Rayl L. Stepter (0047505)
> Stepter Law Office
> 5650 Blazer Parkway
> Dublin, Ohio 43017
> *Attorney for Plaintiff*

> /s/ M.J. Asensio
> *Attorney for Defendant Mount Carmel Health System*