Case: 2:18-cv-00745-ALM-KAJ Doc #: 5 Filed: 08/01/18 Page: 1 of 4 PAGEID #: 23
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Jun 30 7:39 PM-18CV005621
0E220 - N87

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CIVIL DIVISION

BRIAN RATCLIFF
5745 RICARDO DRIVE
GALLOWAY, OHIO 43119

   PLAINTIFF,

v.

MOUNT CARMEL HEALTH SYSTEM
S/A CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
COLUMBUS, OHIO 43219

   DEFENDANT.

CASE NO.

JUDGE

JURY TRIAL DEMANDED

CATEGORY H

## FACTUAL ALLEGATIONS

Plaintiff, Brian Ratcliff, complaining of Defendant alleges as follows:

1. Plaintiff is an individual citizen of the State of Ohio residing in Galloway, Ohio, Franklin County.

2. Defendant Mount Carmel Health System. is an Ohio company with an office located at 6001 East Broad Street, Columbus, Ohio, Franklin County.

3. The acts complained of herein took place in Franklin County, Ohio.

4. Plaintiff was employed with Defendant from September 11, 2017 to January 4, 2018 a Lead Coordinator.

## FIRST CLAIM FOR RELIEF: VIOLATION OF OHIO WHISTLEBLOWER STATUTE ORC §4113.52

5. The allegations of the prior paragraphs are incorporated as if fully set forth below.


EXHIBIT A

Case: 2:18-cv-00745-ALM-KAJ Doc #: 5 Filed: 08/01/18 Page: 2 of 4  PAGEID #: 24
Franklin County Ohio Clerk of Courts of the Common Pleas- 2018 Jun 30 7:39 PM-18CV005621
0E220 - N88

6. Defendant engaged in violations of federal and/or state statutes and/or regulations and/or violations of its policies including but not limited to committing fraud (ORC §2913.01(B), 18 USC §1001, *et. seq.,* and 18 USC §1031.

7. Plaintiff reasonably believed the Defendant's violations were criminal offense(s) and/or felonies.

8. Plaintiff made a reasonable and good faith effort to determine the accuracy of the violations.

9. Plaintiff notified, both verbally and in writing, Defendant of the violations.

10. Defendant took adverse action against Plaintiff for making the reports, including terminating her employment.

11. As a direct and proximate result of Defendant's conduct as set forth above, Plaintiff has suffered loss of compensation, loss of fringe benefits, loss of the opportunity to be able to continue the gainful employment in which he has been engaged previously, loss of future earnings, future earning capacity and loss of reputation, humiliation, embarrassment, loss of self esteem, adverse health, emotional distress and loss of time and money endeavoring to protect himself from Defendant's unlawful conduct, including costs, expert's fees, attorney's fees and interest.

## **SECOND CLAIM FOR RELIEF: WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY AND OHIO COMMON LAW**

12. The allegations of the prior paragraphs are incorporated as if fully set forth below.

13. Ohio has public policies as referenced above.

14. Defendant has violated these public policies.

15. Plaintiff refused to acquiesce in and/or participate in violations, referenced above.

16. As a direct and proximate result of Defendant's unlawful conduct, adverse action was taken against the Plaintiff including terminating him employment.

17. As a direct and proximate result of Defendant's conduct as set forth above, Plaintiff has suffered loss of compensation, loss of fringe benefits, loss of the opportunity to be able to continue the gainful employment in which he has been engaged previously, loss of future earnings, future earning capacity and loss of reputation, humiliation, embarrassment, loss of self esteem, adverse health, emotional distress and loss of time and money endeavoring to protect himself from Defendant's unlawful conduct, including costs, expert's fees, attorney's fees and interest.

**WHEREFORE**, Plaintiff prays, as to Defendant, as follows:

(a) That this Court award such equitable relief as is proper as compensation for the loss of Plaintiff's opportunity to engage in gainful employment, including relief in the form of front pay;

(b) That this Court award Plaintiff compensation for his adverse health effects, for the loss of his opportunity to engage in gainful employment, and future earnings, future earning capacity and for humiliation, embarrassment, loss of reputation, loss of self-esteem, adverse health and for emotional distress;

(c) That this Court award Plaintiff all lost wages and benefits;

(d) That this Court award Plaintiff statutory damages, including any liquidated damages;

(e) That this Court award Plaintiff punitive damages;

(f) That this Court award Plaintiff reasonable attorney's fees, statutory attorney's fees, expert's fees and the costs of this action;

(g) That this Court award pre-judgment and post-judgment interest;

(h) That this Court grant Plaintiff such other and further relief as may be just and equitable.

Respectfully Submitted,

/s/Rayl L. Stepter
Rayl L. Stepter (0047505)
5650 Blazer Parkway
Dublin, Ohio 43017
(614) 468-4100
(614) 468-4101 (Fax)
raylstepter@stepterlaw.com
Trial Attorney for Plaintiff

Plaintiff demands trial by jury.

/s/Rayl L. Stepter
Rayl L. Stepter
Trial Attorney for Plaintiff