# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRIAN RATCLIFF,**

      **Plaintiff,**

  v.                                              **Civil Action 2:18-cv-745**
                                                       **Judge Algenon L. Marbley**
                                                       **Magistrate Judge Jolson**

**MOUNT CARMEL HEALTH SYSTEM,**

      **Defendant.**

## ORDER

This matter is before the Court on the parties Joint Motion to Extend Remaining Case Deadlines. (Doc. 13). The parties seek a sixty-day extension of the discovery and dispositive motion deadlines "because the parties need additional time to conduct depositions." (*Id.* at 1). There have been no prior extensions to the case schedule. (*Id.* at 2). For good cause shown, the motion is **GRANTED**. The discovery deadline is extended to May 31, 2019, and the dispositive motion deadline is extended to June 28, 2019.

    IT IS SO ORDERED.


Date: March 13, 2019                                      /s/ Kimberly A. Jolson
                                                              KIMBERLY A. JOLSON
                                                               UNITED STATES MAGISTRATE JUDGE