IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRIAN RATCLIFF** | : | |
| Plaintiff | : | **Civil Action 2:18-cv-745** |
| vs | : | **Judge Marbley** |
| **MOUNT CARMEL HEALTH SYSTEM** | : | **Magistrate Judge Jolson** |
| Defendant | : | **Mediator Robert W. Trafford** |

**NOTICE OF SETTLEMENT CONFERENCE**

Under the provisions of General Order 13-01, this case is hereby noticed for **Settlement Week mediation**

## June 12, 2019    at    10:30 a.m.

Please **check for room assignments outside** the Office of the Clerk, **Room 121,** 85 Marconi Boulevard, Columbus, Ohio for assignment to a mediation room.

The **rules for mediation** are:

1. **Each party** and their **trial attorney must attend.**
2. No later than **May 31, 2019, plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than **June 5, 2019, defendant** must make a reasoned written **response** served on all counsel **and the mediator.**

**NOTE:** The mediator should notify the court if the plaintiff and/or defendant fail to comply with this order.

4. All settlement discussions shall be subject to Federal Evidence Rule 408.

**CANCELLATION.** If, after exchanging offers and demands, all counsel agree that the case should not be mediated during the above Settlement Week, they must file a motion to request cancellation. The motion must be served on the client.

**Kimberly A. Jolson**
**United States Magistrate Judge**

Date: May 17, 2019

s/Jessica Rector
(By) Jessica Rector/Courtroom Deputy
(614) 719-3026
jessica_rector@ohsd.uscourts.gov