June 2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Results

(Plaintiff)

        vs                                Case number
                                          District Judge

(Defendant)

                                          Mediator

**MEDIATOR'S SETTLEMENT WEEK REPORT**

Following the conference, please return this report to the Jessica Rector in Room 235 (or by email at Jessica_Rector@ohsd.uscourts.gov).

I. **RESULTS OF CONFERENCE**

    1. _____ The case is settled. Dismissal entry to be filed by _____.
                                                                                (Date)

    2. _____ Negotiations have not reached impasse, but the case requires:

        a. _____ additional negotiations between counsel.

                Counsel will file status report by _____.
                                                                             (Date)

        b. _____ additional conference with
                _____ Mediator, to be held on _____.
                                                                            (Date)
                _____ Magistrate Judge

                _____ District Judge

    3. _____ Negotiations are at impasse. The case
                        _____ requires additional discovery
                        _____ requires resolution of a dispositive motion
                        _____ is ready for trial
                        _____ (other) _____

II. **COMPLIANCE WITH COURT ORDER**

    1. Were all persons with settlement authority present?
        _____ Yes         _____ No         (Please explain)

    2. Were all trial counsel present?
        _____ Yes         _____ No         (Please explain)

    3. Were offers/demand exchanged prior to the conference?
        _____ Yes         _____ No         (Please explain)

III. **COMMENTS:** (Use back for comments) Do not disclose substance of discussions or other confidential information.