IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN RATCLIFF, | ) | CASE NO. 2:18-cv-00745 |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY |
| | ) | JOLSON |
| MOUNT CARMEL HEALTH SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND REMAINING CASE DEADLINES

Pursuant to Local Rule 7.3(a), Plaintiff Brian Ratcliff ("Plaintiff") and Defendant Mount Carmel Health System ("Defendant") jointly move this Court to extend the current discovery deadline and the dispositive motions deadline sixty (60) days beyond their current scheduled dates so that they may engage in settlement negotiations. The reasons supporting this Motion are set forth in more detail in the below Memorandum.

Respectfully submitted:

/s/ Rayl L. Stepter
Rayl L. Stepter (0047505)
5650 Blazer Parkway
Dublin, Ohio 43017
Telephone: (614) 468-4100
Facsimile: (614) 468-4101
raylstepter@stepterlaw.com
*Trial Attorney for Plaintiff*

/s/ Samuel E. Endicott (*per authority*)
M. J. Asensio (0030777)
Samuel E. Endicott (0094026)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
masensio@bakerlaw.com
sendicott@bakerlaw.com
*Trial Attorneys for
Defendant*

## MEMORANDUM IN SUPPORT

Good cause exists to grant the parties' requested extension of sixty (60) days. The parties have exchanged written discovery, including interrogatories and requests for production. The parties have decided to explore mediation of their dispute at this time rather than incur additional time and expense. Accordingly, the parties respectfully request that the Court enter an order extending the remaining deadlines in the original case schedule by sixty (60) days. This would result in a new discovery cut-off date of July 30, 2019 and a dispositive motion deadline of August 27, 2019. The parties will submit a proposed order pursuant to Local Rule 7.3(a).

Respectfully submitted:

/s/ Rayl L. Stepter
Rayl L. Stepter (0047505)
5650 Blazer Parkway
Dublin, Ohio 43017
Telephone: (614) 468-4100
Facsimile: (614) 468-4101
raylstepter@stepterlaw.com
*Trial Attorney for Plaintiff*

/s/ Samuel E. Endicott (*per authority*)
M. J. Asensio (0030777), Trial Attorney
Samuel E. Endicott (0094026)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
masensio@bakerlaw.com
sendicott@bakerlaw.com
*Trial Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed on May 29, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/Rayl L. Stepter
      Rayl L. Stepter
      Trial Attorney for Plaintiff