IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN RATCLIFF,

      Plaintiff,

v.                                     Civil Action 2:18-cv-745
                                        Judge Algenon L. Marbley
                                        Magistrate Judge Jolson

MOUNT CARMEL HEALTH SYSTEM,

      Defendant.

## ORDER

      This matter is before the Court on the parties second Joint Motion to Extend Remaining Case Deadlines. (Doc. 17). The parties seek a sixty-day extension of the discovery and dispositive motion deadlines because they "have decided to explore mediation of their dispute at this time rather than incur additional time and expense." (*Id*. at 2). For good cause shown, the Joint Motion is **GRANTED**. The discovery deadline is extended to July 30, 2019, and the dispositive motion deadline is extended to August 27, 2019.

      IT IS SO ORDERED.

Date: May 30, 2019                              /s/ Kimberly A. Jolson
                                                        KIMBERLY A. JOLSON
                                                        UNITED STATES MAGISTRATE JUDGE